Tr. Ct. No. F08-60213; F10-01183; F10-01184          72,138-23
WR-77,138-23

EX PARTE

SENRICK WILKERSON

MOTION DENIED
DATE: 1/29/15
BY: _____

IN THE COURT of
CRIMINAL APPEALS
IN AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

## PETITIONER'S MOTION FOR FATAL VARIANCE

JAN 26 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Senrick Wilkerson, the Petitioner in the above and styled cause and files this motion for Fatal Variance. Petitioner will support this motion by stating the following facts:

### I.

A fatal variance is; a variance that either deprives the defendant of fair notice of the charges or exposes the defendant to the risk of double jeopardy. A fatal variance is grounds for reversing a conviction. (Black Law Dictionary).

On 11/22/2010, Dallas Police Department filed cause Nos. F10-01183 & F10-01184 without any 'complaint' statements; And on 11/24/2010, the States prosecutor filed those indictments without any probable cause statements, and with-out any physical or DNA evidence to present to any Grand Jury. Petitioner has reason to believe that those indictments never came before any Grand Jury hearing due to the fact that DPD filed the cases on 11/22/2010, and the prosecutor; 11/24/2010 filed those indictments. This was done without any 'complaint' statements, no probable cause statements, and no physical or DNA evidence to even support cause Nos. F10-01183 & F10-01184.

On 11/29/2010, the State issued the capias arrest warrants for cause Nos. F10-01183 & F10-01184 without any sworn arrest affidavits, and without a signature from any Magistrate Judge. Not once did any peace officer ever come to Petitioner's home to arrest him despite the fact that his address was on each warrant, and he made no efforts to flee.

Also, on 11/29/2010, the State dismissed cause Nos. F10-01183 and F10-01184 due to the fact that the District Clerk's office stamped this message on each capias arrest warrant: DISMISSED ON MOTION OF DISTRICT ATTORNEY. But strangely, the warrants show an arrest as Dec. 23, 2010, which is totally impossible due to the fact that Petitioner was illegally convicted and sentenced on 12/17/2010. However defense counsel Calvin D. Johnson purposely failed to inform the

Page 1 of 2

Petitioner that the state filed those invalid indictments on 11/24/2010. Petitioner never once received a copy of those indictments, until after he was illegally convicted on 12/17/2010.

II

Petitioner is clearly demonstrating the errors that were executed by the state's attorney(s) and defense counsel Calvin D. Johnson; And also by Dallas Police Department as well as appeals counsel Lori Ordiway. Again, on 12/17/2010, Petitioner was illegally convicted and sentenced to 8 years for Cause NOS. F08-60213, F10-01183 & F10-01184. Also, on 12/17/2010, defense Counsel Calvin D. Johnson signed and filed a motion for New Trial, and on January 5, 2011, that motion for new trial was GRANTED; And Calvin D. Johnson knowingly and intentionly failed to inform the Petitioner, which totally prejudiced Petitioner's substantial rights. Appeals attorney Lori Ordiway was retained for the appeals on February 11, 2011, in which she had all access to the Clerk's record. Lori Ordiway purposely failed to inform Petitioner that a new trial was GRANTED on January 5, 2011, in which she too prejudiced Petitioner's substantial rights.

III

Petitioner was totally surprised that he was being tried for F10-01183 sexual performance by a child & F10-01184 sexual assault on a child because he was never once arrested for them, never arraigned for them, there were no court dates, no investigations done by the defense attorney or Dallas Police Department, and no first preliminary initial appearances for both sex offenses, as is required by state Law. see the entire Article 15.17 Code Crim. Proc.

An Evidentiary Hearing must be ORDERED due to the fact that Petitioner can and will provide proof of Fraud, perjury, and Falsified documents that were apart of the multiple conspiracies that were executed by and through Dallas County Courts and their Court officiers.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this motion will GRANT him relief.

Respectfully submitted,

*Senrick Wilk*

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

CERTIFICATE OF SERVICE

I hereby certifiy that on January 22, 2015, the foregoing document has been U.S. mailed to: Court of Criminal Appeals in Austin, Texas & Gary Fitzsimmons District Clerk in Dallas County.

*Senrick Wilk*

SENRICK WILKERSON

Page 2 of 2

Petitioner that the State filed those invalid indictments

January 22, 2015

GARY Fitzsimmons
District Clerk
Frank Crowley Court Building
133 N. Riverfront Blvd., LB12
Dallas, Texas 75207

c/o Court of Criminal Appeals

P.O. Box 12308
Capitol Station
Austin, Texas 78711

RE: Requesting a Copy of the 'Complaint' statement; A copy of the probable cause statement; And a copy of the sworn arrest affidavits for F10-01183 Sexual Performance by a Child & F10-01184 Sexual Assault on a Child

Dear District Clerk & Auxilliary Court No. 7;

On 11/22/2010, Dallas Police Department filed F10-01183 sexual performance CH & F10-01184 sexual assault CH, and on 11/24/2010, Prosecutor Brooke B. Grona-Robb filed the indictments. In Art. 2.05 Code Crim. Proc., states that an information cannot be filed before a complaint is made by a credible person. Now, the complainant Destiny Rae Austin was locked up in jail, when Dallas Police Department filed both sex offenses above. She was not credible at all.

Therefore, since the filing of cause Nos. F10-01183 & F10-01184, on 11/22/2010 by Dallas Police Department, I have never once seen or read a copy of the 'complaint' statement, probable cause states, or the sworn arrest affidavits. I am writing to you, District Clerk of Dallas County, requesting that you immediately forward me a copy of the: Complaint statements, the probable cause statements, and the sworn arrest affidavits for cause Nos. F10-01183 & F10-01184. Since Dallas County never responds to any of my request, I am forwarding a copy of this letter to the Court of Criminal Appeals. Thanks for your time and a very speedy response would be greatly appreciated.

Sincerely,

Seth Well

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 TE-2-17T
Rosharon, TX 77583

January 20, 2015

Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, TX 78711

RE: Cause Nos. F08-60213, F10-01183 & F10-01184
MOTION FOR NEW TRIAL

Dear Supreme Court of Criminal Appeals Judges,

Please explain to me, how was I supposed to learn about the motion for New Trial, that was GRANTED on January 5, 2011? I sat in Dallas County jail illegally for 34 months, and no one told me! The motion for New Trial was GRANTED on January 5, 2011, and no one told me anything! I just learned about this, and you will do nothing! The Court of Appeals in Dallas told me to contact the state counsel for offenders. That a JOKE! They will not help me period. Please explain to me how the Texas Rules, laws, and Code Criminal Procedures can be broken and violated by Dallas County Courts Judicial department, and you will do nothing to help me! I have provided proof to you in writs, motions, petitions, and letters, and you still will do nothing! I swear on my life that, I will goto every single media source, and organization, and expose this RACIST state, on how Texas Laws allowed Dallas County to illegally convict me for cause Nos. F10-01183 and F10-01184! Knowing that I was never ever arrested and never once arraigned for them! But Dallas County is showing 3 different arrest dates for these sex crimes! If I were a white man, this would never have happened to me. I have requested help so many times from this Court but all you do is dismiss and deny! Are you ok with BLACK MEN going to prison for sex crimes, knowing that I was never arrested and never arraigned for them. And I never once touched that nasty ugly white girl Destiny Rae Austin! That RACIST Detective Michael B. McMurray and that RACIST Dallas County knows that I am innocent of these crimes! But because I am BLACK, you will not help me! I will goto DR. Phil, Fox World News, & The President of the USA, and show them everything!

Regards,

Senick Webb

January 22, 2015

GARY FITZSIMMONS
District Clerk
Frank Crowley District Court
133 N. Riverfront Blvd., LB12
Dallas, Texas 75207

RE: F10-01183 sexual performance by a child & F10-01184 sexual assault on child pursuant to V. Tex. Code Crim. Proc. ANN. ART. §§ 34.5(c)(1) & 34.6(d)

Dear Dallas County District Clerk:

I have requested the index of the court clerk's records pertaining to cause Nos. F10-01183 & F10-01184 for four(4) years now, and this court continues to ignore me. Therefore, I am again, requesting a index of the court clerk's records pertaining to cause Nos. F10-01183 & F10-01184, as well as the docket-sheets that shows every single court appearances myself as well as defense Calvin D. Johnson had attended, and also I am requesting the following additional documents from cause Nos. F10-01183 & F10-01184:

1) The DPS Arrest Records,
2) The Sworn Arrest Affidavits,
3) The Arraignment Sheets,
4) The first Preliminary Initial Appearance sheets,
5) Copies of the Bond receipts,
6) The trial docket sheets that shows appearances & plea offers,
7) All Motions that were filed by attorney Calvin D. Johnson, and
8) Proof showing when the court files became missing from both cases above.

A copy of this letter has been forwarded to: Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711. I trust that you will honor my request within 5 days upon receipt of this letter.

Sincerely,

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-17T
Rosharon, TX 77583

the party deems him entitled. Plaintiff also request relief in his pain and suffering from being a victim of False Imprisonment and request relief that the State dismiss Terri J. Jennings probation case.

The Plaintiff is requesting a Citation and have the Citation and Petition served on the Defendants, by a sheriff, constable, or other authorized person.

Plaintiff is financially unable to pay the filing fee for this lawsuit due to the fact that he is indigent. See attached affidavit of inability to pay.

Respectfully submitted,

SENRICK WILKERSON [PRO SE]
Holliday Unit TDCJ NO. 1885146
295 IH-45 North B2-40
Huntsville, Texas 77320

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2014, the foregoing document has been U.S. mailed to: Gary Fitzsimmons District Clerk, George L. Allen, Sr. Courts Building, 600 Commerce Street, Ste. 101, Dallas, Texas 75202-4606.

SENRICK WILKERSON

CASE NO. 05-14-00953-CV

COURT OF APPEALS
Fifth District of Texas at Dallas

APPELLANT'S MOTION TO

ABATE THE APPEALS

TO THE HONORABLE APPEALS COURT:
This is the second notice and request that Appellant has filed to, Abate this appeal due to the fact that none of the Defendants will forward Appellant any records, in order for him to profect this appeal.

Therefore, Appellant files this second notice to Abate this appeal, and for this court to ORDER the Defendants to forward him the records that he has requested.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this motion is GRANTED.

Respectfully submitted,

SENRICK WILKERSON 1885146
Ramsey I Unit
1100 FM 655 7E-2-177
Rosharon, TX 77583

CERTIFICATE OF SERVICE
I hereby certify that on January 22, 2015, the foregoing document has been U.S. mailed to: Court of Appeals, Fifth District of Dallas, 600 Commerce Street, Suite 200, Dallas, Texas 75207.

SENRICK WILKERSON

January 22, 2015

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RE: Dallas County Continues to Violate My Due Proces & Civil Rights

ATN: Court of Criminal Appeals Judges;

I have enclosed documents showing proof that I have mailed and filed with the Dallas County Clerk & Court of Appeals. Again, I never got any answers, nor do I ever get any responses. I can prove that I am illegally in prison, and the State continues to violate my due process and my civil rights. I had to file my DNA denial Appellant Brief without any of the Designation of Items, and without the Court Reporter's Record. The Court of Appeals denies everything that I file and request. Dallas County District Clerk simply never responds to any of my motions, writs, and petitions.

Therefore, I am respectfully requesting that the Judges of the Court of Criminal Appeals to honor my recently filed Writ of Mandamus, and GRANT me relief. I never committed any crimes against the Complainant Destiny Rae Austin. Dallas County/the State failed to exercise due diligence in arresting me for F10-01183 sexual performance CH & F10-01184 sexual assault CH, But the State is showing three (3) different arrest dates for these tainted crimes. Dallas County is also claiming that my defense counsel waived the arraignments for these sex crimes, but where are the documents that Calvin D. Johnson, and where are the documents that I apparently signed to waive those arraignments? Rule 10 Arraignment states; "A critical element to the amendment is that no matter how convenient or cost effective a defendant's absence might be the defendant's right to be present in court stands unless he or she waives that right in writing. Under the amendment both the defendant and the defendant's attorney must sign the waiver. Further, the amendment requires that the waiver specifically state that the defendant has received a copy of the charging instrument." I never signed anything and never knew about those indictments, GRANT me relief.

Sincerely
Saul Allen

THE STATE OF TEXAS           IN THE CRIMINAL DISTRICT
V.                              COURT NO. 3
SENRICK WILKERSON        DALLAS COUNTY, TEXAS

## WRITTEN DESIGNATION OF ITEMS
## FOR INCLUSION IN THE CLERK'S RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, the Appellant in the above-styled and numbered cause, and files this his Designation of Items for Inclusion in the Clerk's Record on appeal pursuant to Rule 34.5(b), Texas Rules of Appellate Procedure, and respectfully requests that the Clerk of this Court make and prepare as a part of the record in the appeal of this case true copies of the following matters:

1. The arrest report;

2. The arrest affidavit & capias arrest warrants;

3. The arraignment sheets; & "PR" bond receipts from the Sheriff's office;

4. The indictment filed by the State of Texas;

5. All special pleas and motions of defense counsel Calvin O. Johnson, including but not limited to any motion to quash, any motion for discovery and inspection, any motion to shuffle, any motion for continuance, any motion to suppress evidence or confessions, any motion for identifaction hearings, and any motions in limine; and any and all rulings of the Court;

6. All pass slips and plea offers;

7. All subpoenas and orders thereon;

8. The transcript of hearing held on 12/3/2010;

9. The transcript of hearing held on 8/22/2013;

10. The trial docket sheet;

11. The notice of appeal;

12. All exhibits admitted before the Court; and

13. The copy of the written statement from Defendant on 9/7/2008 during his only arrest on 9/7/2008; and

14. The transcript of the interview held on 9/7/2008, with Dallas Police Detective Michael B. McMurray.

    WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully moves that the Clerk of this Honorable Court make and prepare as part of the record in the appeal of this cause copies of all the matters designated above and transmit the clerk's record to the Court of Appeals, and mail to the Appellant.

Respectfully submitted,

_Senk Wilkn_
SENRICK WILKERSON [PRO SE]

Pg. 1 of 2

TDCJ No. 1885146
Holliday Unit
295 IH-45 North B2-40
Huntsville, TX 77320

## CERTIFICATE OF SERVICE

I hereby certify on February 20, 2014, the foregoing document was U.S. mailed to: Gary Fitzsimmons. District Clerk, 133 N. River Front Blvd., LB 12, Dallas, TX 75207 and Court of Appeals, 600 Commerce Street, Suite 200, Dallas, TX 75202.

SENRICK WILKERSON

Pg 2 of 2

GARY FITZSIMMONS, District Clerk
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB12
Dallas, Texas 75207

RE: Pursuant to V. Tex. Code Crim. Proc. ANN. ART §§ 34.5(c)(1) AND 34.6(d)
Court Reporter Susan Tabaee is required to provide transcript to
both Appeals Court and Plaintiff.

Dear Susan Tabaee

This is the second notice that I have sent in regards to my request.
Again, this is regarding your court reporter records in Auxilliary Court No. 7,
Judicial District Court of Dallas County, CAUSE NOS. F08-60213, F10-01183 &
F10-01184. Date of trial, on or about the 14th day of December, 2010, STATE
OF TEXAS VS SENRICK WILKERSON. Pursuant to V. Tex. Code of CRIM. PROC.
ANN. §§ 34.5(c)(1) AND Vernon, TEX. CIV. PRAC. & REM CODE §§13.003(a)(1)(2)(c)

THEREFORE, please submit to this written request of court reporters
record and Affidavit of Indigent is filed with trial court clerks office,
court coordinator.

Respectfully submitted,

SENRICK WILKERSON PRO SE
TDCJ NO. 1885146

EXECUTED ON JANUARY 15, 2014

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been
certified mailed to: Gary Fitzsimmons, District Clerk, 133 N. Riverfront
Blvd., LB12, Dallas, Texas 75207; & to The U.S. States Supreme Court in
Washington DC 20543, to show proof that I have been trying to obtain
my records for over 2½ years now.

SENRICK WILKERSON

Mom, mail this certified
mail to the address above

Pg. 1 of 3

c/c

SENRICK WILKERSON PRO SE
TDCJ NO. 1885146
Holliday Unit
295 IH-45 North B2-40
Huntsville, Texas 77320

Dear Clerk:

I'm requesting a index of the court clerk's records pertaining to the above cause numbers, as well as a 'Docket Sheet' that will show every court appearance, myself, as well as defense counsel Calvin D. Johnson had attended. Also, I am request these additional documents that pertains to the following offenses: F10-01183 sexual performance on a child & F10-01184 sexual assault on a child:

1) The arrest reports;
2) The arrest affidavits, with cause NOS. F10-01183 & F10-01184 documented on them;
3) The book-in sheets;
4) The arraignment sheets;
5) The first preliminary initial appearance sheets;
6) The witness statements; and
7) The capias arrest warrants that were signed by a Magistrate.

Respectfully submitted,
Senrick Wilkerson

TO: GARY FITZSIMMONS
District Clerk
Frank Crowley Court Building
133 N. Riverfront Blvd., LB12
Dallas, Texas 75207

RE: Filing 11.07 Writ of Habeas Corpus, for Denial of Chapter 64
DNA Testing for cause NOS. F10-01184 & F10-01183

Dear Gary Fitzsimmos;
   Dallas County has made it extremely obvious that they are trying to cover up the malfeasance acts that were done by the State officer Brooke B. Grona-Robb & defense lawyer Calvin D. Johnson, because this entire country knows that noone can be tried and convicted of any offense, without an arrest made first. Then that person must be arraigned within 48 hours. I was illegally convicted on 12/17/2010, for cause NOS. F10-01184 & F10-01183 then sentenced the same day. Despite of the three tainted arrest dates for both cases; there are no arrest reports and no arrest affidavits. Dallas County can not produce any arraignment sheets for these cases, but is showing that I posted PR bonds for them on 2/24/2011. Dallas County is totally guilty of fraud and tampering with government documents and I can show proof of it. Judge Lewis denied my chapter 64 motion on October 8, 2013, and I filed a motion for an appeal and a motion to be assign an attorney, less than 30 days later. Here we are in January of 2014, and Dallas County has continued to ignore my motions. I have recently requested Holliday Unit to forward me an itemized statement of the 'legal mail' that have forwarded, so that I can show proof that I mailed out these documents. This is notice to the District Clerk, to let you know that this 11.07 Writ has been mailed.

'A hearing must be held with me being present!'

Sincerely,
Senrick Wilkerson
SENRICK WILKERSON
TDCJ NO. 1885146

To Court of Criminal Appeals
In Austin